**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Boston Harbor Distillery, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-5505092 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 12R Ericsson Street<br>Dorchester, MA 02122 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Suffolk | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Boston Harbor Distillery, LLC _____    Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## ▉ Statistical and administrative information

**13. Debtor's estimation of available funds** .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____March 31, 2025_____
MM / DD / YYYY

**X** /s/  Rhonda Kallman _____        Rhonda Kallman _____
Signature of authorized representative of debtor              Printed name

Title  _Founder and CEO_____

**18. Signature of attorney**

**X** /s/ Jesse Redlener _____        Date  _March 31, 2025_____
Signature of attorney for debtor                    MM / DD / YYYY

Jesse Redlener _____
Printed name

Ascendant Law Group, LLC _____
Firm name

2 Dundee Park Drive
Suite 102
Andover, MA 01810 _____
Number, Street, City, State & ZIP Code

Contact phone  _____   Email address  _jredlener@ascendantlawgroup.com_____

_MA_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

```
----------------------------------------X
                                        :   CHAPTER 11
IN RE:                                  :   SUBCHAPTER V
                                        :
BOSTON HARBOR DISTILLERY, LLC.          :   CASE NO. 25-_____  (___)
                                        :
DEBTOR.                                 :
----------------------------------------X
```

## DECLARATION RE: ELECTRONIC FILING

DECLARATION OF AFFIANT

I, Rhonda Kallman, *hereby declare(s) under penalty of perjury* that all of the information contained in the *Petition, Schedules and Statement of Financial Affairs* (the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: **March 31, 2025**

Signed: _Rhonda Kallman_

**Rhonda Kallman**

1

**Fill in this information to identify the case:**

Debtor name    Boston Harbor Distillery, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 31, 2025            **X** /s/   Rhonda Kallman
_____
Signature of individual signing on behalf of debtor

Rhonda Kallman
_____
Printed name

Founder and CEO
_____
Position or relationship to debtor

## WRITTEN CONSENT OF MANAGER OF
## BOSTON HARBOR DISTILLERY, LLC

The undersigned manager, Rhonda Kallman (the "Manager") of the Boston Harbor Distillery, LLC (the "Company"), a Massachusetts limited liability company, organized under the General Corporate Laws of the Commonwealth of Massachusetts, do hereby authorize, adopt and approve the following actions and resolutions by this written consent to action without a meeting (this "Consent"):

**WHEREAS:**   The Manager has considered the financial and operational aspects of the Company's business in light of current issues with its landlord, various vendors and contract parties and the recommendations of the Company's professionals and advisors; now therefore be it:

**RESOLVED:**   That, in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties, that the Company be authorized and empowered to file, a voluntary petition seeking relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") or any such chapter or subchapter of the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York, for the purpose of restructuring its financial affairs and for all lawful purposes under the Bankruptcy Code.

**RESOLVED:**   That Rhonda Kallman, as well as such other persons that Ms. Kallman designates in writing (collectively the "Authorized Persons"), are each empowered and directed to take action to: (i) prepare and file on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code, or such other chapter or subchapter; (ii) cause the Company to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's chapter 11 case; (iv) execute and file on behalf of the Company any pleading appropriate or necessary for the Company to fulfill its obligations under the Bankruptcy Code and/or applicable non-bankruptcy law; and (v) execute such further documents and do such further acts as such Authorized Persons may deem necessary or appropriate with respect to the foregoing, the execution of any document or the doing of any act by such Authorized Persons in connection with such proceedings to be conclusively presumed to be authorized by this vote.

**RESOLVED:**   That each of the Authorized Persons may engage, retain, and

employ, on behalf of the Company, Ascendant Law Group LLC (the "Firm") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Firm.

**RESOLVED:** That each of the Authorized Persons may engage, retain, and employ, on behalf of the Company, any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each of the Authorized Persons, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

**RESOLVED:** That each of the Authorized Persons be, and hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers; and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

**RESOLVED:** That each of the Authorized Persons are hereby authorized and directed to obtain postpetition financing and/or use of cash collateral according to the terms negotiated by management of the Company, including under one or more debtor-in-possession credit facilities; and to enter into any guarantees and to pledge and grant liens on its assets as contemplated or required under the terms of such postpetition financing; and, in connection therewith, each of the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements and related ancillary documents.

**RESOLVED:** That, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons (and their designees and delegates) be, and hereby are, authorized and

2

empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action to cause the Company to enter into, execute, deliver, certify, file and/or record, all agreements, instruments, petitions, schedules, motions, lists, affidavits, applications for approvals or ruling of governmental or regulatory authorities, pleadings, certificates and other papers, and to take and perform any and all further acts and deeds that in the judgment of an Authorized Person shall be necessary, proper or desirable to the Company's chapter 11 case.

**RESOLVED:**     That any and all actions heretofore or hereafter lawfully taken in the name of or on behalf of the Company in good faith by any Authorized Person in furtherance of the purposes of the foregoing resolutions or in connection with the transactions contemplated therein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

**RESOLVED:**     That any and all actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance.

In witness whereof, this Resolution has been executed on the date stated below.

BOSTON HARBOR DISTILLERY, LLC

By: Rhonda Kallman
Its: Manager

Dated: March 25, 2025

3

**Fill in this information to identify the case:**

Debtor name    Boston Harbor Distillery, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | | Credit card purchases | | | | $24,386.64 |
| Capital One PO Box 31293 Salt Lake City, UT 84131-0293 | | Credit card purchases | | | | $13,662.17 |
| Cheers Investment LLC Registered Agent The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | | personal investment | | | | $1,043,336.00 |
| Citizens Bank One Citizens Plaza Providence, RI 02903 | | Credit card purchases | | | | $30,228.27 |
| City of Boston Office of the Collector Treasurer Property Taxes One City Hall Square Boston, MA 02201 | | Property Tax | | | | $14,577.81 |
| Finlay Extracts & Ingredients USA, Inc. P.O. Box 735564 Chicago, IL 60673-5564 | | Trade debt | | | | $7,216.50 |
| Frank I. Rounds Company 65 York Avenue Randolph, MA 02368 | | Vendor | | | | $12,551.09 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Boston Harbor Distillery, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gift Card Holders | | | | | | $21,474.81 |
| Lash Goldberg (V) 2500 Weston Road Suite 220 Fort Lauderdale, FL 33331 | | Legal Fees | | | | $40,824.83 |
| Martignetti Companies of New Hampshire P.O. Box 1113 Manchester, NH 03105 | | Trade debt | | | | $22,907.23 |
| Martignetti United Liquors 500 John Hancock Road Taunton, MA 02780 | | Trade debt | | | | $22,461.46 |
| Miller Wachman 100 Cambridge St. Suite 1302 Boston, MA 02114 | | Service Provider | | | | $11,224.00 |
| Northeast Bank P.O. Box 1707 Lewiston, ME 04241-1707 | | Business loan | | | | $328,633.29 |
| Northeast Bank P.O. Box 1707 Lewiston, ME 04241-1707 | | Business Loan | | | | $7,142.00 |
| Northerly Consulting 225 Ravenscliff Rd. Wayne, PA 19087 | | Consulting | | | | $9,678.00 |
| Nutter McClennen & Fish 155 Seaport Boulevard Seaport West Dorchester, MA 02122 | | Legal Fees | | | | $108,536.42 |
| Phoenix Packaging 2530 Lapierre Montreal QC H8N 2W9 Canada | | Trade debt | | | | $30,857.00 |
| Port Norfolk Development LLC 20 Ericsson Street Dorchester, MA 02122 | | Rent | | | | $109,511.60 |
| Rhonda Kallman 28 Inner Harbor Rd Scituate, MA 02066 | | Business Loan | | | | $529,352.80 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

Debtor   Boston Harbor Distillery, LLC _____     Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Thomas E. Pritchard 30 Harris Rd. Thornton, NH 03285 | | Personal loan | | | | $171,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Boston Harbor Distillery, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MASSACHUSETTS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ ___100,000.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ ___541,580.24___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ ___641,580.24___

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ ___563,724.11___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ ___15,677.81___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___2,622,300.42___

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b    $ ___3,201,702.34___

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Boston Harbor Distillery, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $1,667.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Hingham Institution for Savings | Checking | 5965 | $15,106.77 |
| 3.2. | Hingham Institution for Savings | Savings | 3154 | $100.53 |
| 3.3. | Citizens Bank | Checking | 7313 | $562.38 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $17,436.68

## Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| Debtor | Boston Harbor Distillery, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

|  | | Port Norfolk Development LLC | |
|---|---|---|---|
| 7.1. | | Security Deposit to Landlord | $16,667.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

|  | | Brindiamo | |
|---|---|---|---|
| 8.1. | | Vendor Credit | $1,800.00 |

| 8.2. | Chubb Insurance | $6,280.75 |
|---|---|---|

| 8.3. | Neptune Flood Insurance | $466.00 |
|---|---|---|

| 8.4. | Travelers w/c | $845.53 |
|---|---|---|

| 8.5. | Mass Liquor License | $0.00 |
|---|---|---|

| 8.6. | Maine Liquor License | $0.00 |
|---|---|---|

| 8.7. | Connecticut Liquor License | $0.00 |
|---|---|---|

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$26,059.28

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 55,438.10 | - | 0.00 | = .... | $55,438.10 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   Boston Harbor Distillery, LLC
Name

Case number *(If known)* _____

| 12. | **Total of Part 3.** | | $55,438.10 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials for production | | $0.00 | Average Cost | $17,655.90 |
| 20. | **Work in progress** In production | 2/28/2025 | $0.00 | Average Cost | $148,854.74 |
| 21. | **Finished goods, including goods held for resale** Finished product | 2/28/2025 | $0.00 | Average Cost | $32,505.33 |
| 22. | **Other inventory or supplies** Supplies and inventory | 2/28/2025 | $0.00 | Average Cost | $86,630.21 |

| 23. | **Total of Part 5.** | | $285,646.18 |
|---|---|---|---|

Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Boston Harbor Distillery, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Office - Table, office chairs, filing cabinets, bookcases, cart, safe  FOH - chairs, whiskey barrel tables, Industrial chairs, cigar case display | $0.00 | Straight Line | $6,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** 5 laptops, 2 extended screens, routers, security cameras | $0.00 | | $1,000.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | $7,000.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Vendome Still - 500 Gallon Cummings Compressor Cary Totes, Sullivan Mechanical - plumbing Other holding tanks, still, mash ton, scale, forklift Compressor, totes | $61,480.00 | | $150,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Boston Harbor Distillery, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**51.**   **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$150,000.00

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Leasehold improvements | | $341,637.00 | N/A | $100,000.00 |

---

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$100,000.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**   **Patents, copyrights, trademarks, and trade secrets**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor      Boston Harbor Distillery, LLC                                    Case number *(If known)* _____
            Name

Trademarks:
- Spirit of Boston
- Lawleys
- Demon Seed
- Putnam
- Boston Harbor Distillery
- Sacred Cod                                              $0.00                              Unknown

61.   **Internet domain names and websites**
      www.putnamwhiskey.com (domain only)
      www.demonseedwhiskey.com
      www.bostonharbordistillery.com                      $0.00                              Unknown

62.   **Licenses, franchises, and royalties**
      Distilled Sprits Plant permit
      DSPMA 21015 (Personal to R. Kallman)                Unknown                            Unknown

63.   **Customer lists, mailing lists, or other compilations**
      Distributors and Customer list
      Points of Distribution
      Mailchimp marketing list                            $0.00                              Unknown

64.   **Other intangibles, or intellectual property**
      Distilling Recipes for
      Putnam Rye
      Putnam Rye Red Wine
      Putnam Single Malt
      Demon Seed
      Old Fashioned
      Maple Cream
      Coffee Liqueur
      Espresso Martini
      Vodka
      Gin (Strawbrary, Pear, Regular)
      Distilled Beer                                      $0.00                              Unknown

65.   **Goodwill**

66.   **Total of Part 10.**                                                         | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☒ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☒ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 11:**   All other assets

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor      Boston Harbor Distillery, LLC _____      Case number *(If known)* _____
       Name

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.   Notes receivable** <br> Description (include name of obligor) | |
| **72.   Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.   Interests in insurance policies or annuities** <br> Boston Harbor Distillery has a New York Life Insurance term <br> policy on Rhonda Kallman (CEO and Founder) <br> Policy number 24 304 773 <br> Face value $750,167 | $0.00 |

| **74.   Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|
| **75.   Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| **76.   Trusts, equitable or future interests in property** |
| **77.   Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| **78.   Total of Part 11.** | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Boston Harbor Distillery, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 12:</strong>   Summary</td><td></td><td></td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,436.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,059.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $55,438.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $285,646.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $150,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $541,580.24 | + 91b. $100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $641,580.24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Boston Harbor Distillery, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Citizens Bank**

Creditor's Name
One Citizens Plaza

Providence, RI 02903

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/16/2022
**Last 4 digits of account number**
0018

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

         $74,439.58       $0.00

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Kapitus LLC**

Creditor's Name
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/8/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Debtor's accounts receivable

         $3,075.00       $0.00

**Describe the lien**
Non-Purchase Money Security
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 2

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Small Business Loan - EIDL | Describe debtor's property that is subject to a lien | $486,209.53 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 3918
Portland, OR 97208-3918

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/22/2020

**Last 4 digits of account number**
7810

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $563,724.11

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __Boston Harbor Distillery, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>City of Boston<br>Office of the Collector<br>Treasurer Property Taxes<br>One City Hall Square<br>Boston, MA 02201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,577.81 | $14,577.81 |
|  | Date or dates debt was incurred<br>July 2024 and March 2025 | Basis for the claim:<br>Property Tax | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Massachusetts Tax Connect<br>Massachusetts Department of<br>Revenue, P.O. Box 7003<br>Boston, MA 02204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,100.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>ACIC Cork and Closures<br>360 Devlin Rd.<br>Napa, CA 94558 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $459.76 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _ Trade debt _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address
Ackermann Maple Farm
159 McKinistry Road
Cabot, VT 05647

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$6,517.00

---

**3.3** | Nonpriority creditor's name and mailing address
Action Pest Control
52 Lakecrest Path
East Weymouth, MA 02189

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$810.00

---

**3.4** | Nonpriority creditor's name and mailing address
Alcoholic Beverages Control Commission -
95 Fourth Street, Suite 3
Chelsea, MA 02150-2358

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fees

Is the claim subject to offset? ☒ No ☐ Yes

$350.00

---

**3.5** | Nonpriority creditor's name and mailing address
American Express
P.O. Box 1270
Newark, NJ 07101-1270

**Date(s) debt was incurred** __

**Last 4 digits of account number** 3001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ☒ No ☐ Yes

$24,386.64

---

**3.6** | Nonpriority creditor's name and mailing address
Amorim Cork
360 Devlin Road Napa
Napa, CA 94558

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$4,755.00

---

**3.7** | Nonpriority creditor's name and mailing address
ASCAP
21678 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$2,132.68

---

**3.8** | Nonpriority creditor's name and mailing address
Brescome Barton, Inc.
69 Defco Park Road
North Haven, CT 06473

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$9.38

---

**3.9** | Nonpriority creditor's name and mailing address
Brindiamo Group LLC
3444 Woodmont Boulevard Nashville TN 37215
United States
Nashville, TN 37215

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$505.00

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,662.17**

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7202_

Basis for the claim: _Credit card purchases_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$730.00**

CC-Teknologies Inc.
19 Memorial Drive
Avon, MA 02322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,043,336.00**

Cheers Investment LLC
Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/29/2024_

**Last 4 digits of account number** _

Basis for the claim: _Personal Loan_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,228.27**

Citizens Bank
One Citizens Plaza

Providence, RI 02903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3637_

Basis for the claim: _Credit card purchases_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00**

Connecticut Consumer Protection
License Services Division
450 Columbus Blvd, Ste 801
Hartford, CT 06103-1840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _License Renewal_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,500.00**

Deanna Rosicke
1525 E. Palm Valley, Apt. 1124
Round Rock, TX 78664

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Consumer Deposit_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$503.00**

DHL (Supply Chain)
4639 Collection Center Drive
CC5109
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com |

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

EDE MEDIATION GROUP
2355 Salzedo Street Suite 204b
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Legal Fees
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

Emma Rambo
106 Sawyer Ave
Boston, MA 02125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Consumer Deposit
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

Emma Rambo (Annie & Hayes Wedding)
106 Sawyer Ave
Bos, MA 02125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Consumer Deposit
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.94**

Empire North
Attn: Supplier AR-Finance Dept.16
Houghtaling Road
Coxsackie, NY 12051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Trade debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.25**

Eversource
PO Box 56007
02205-6007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/15/2025
**Last 4 digits of account number**  1308

Basis for the claim:  Utility
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.43**

Evoqua Water Tech
28563 Network Place
Chicago, IL 60673-1285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Trade debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,216.50**

Finlay Extracts & Ingredients USA, Inc.
P.O. Box 735564
Chicago, IL 60673-5564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Trade debt
Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$198.70**

Francis Sullivan (SHK Music)
55 Bellevue Rd
Quincy, MA 02171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Vendor
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,551.09**

Frank I. Rounds Company
65 York Avenue
Randolph, MA 02368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.65**

George Kaplan, PC
100 Summing Center, Suite 265
Beverly, MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$875.00**

Geri Aitken
7 Garrett Lane
Lake George, NY 12845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Consumer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,474.81**

Gift Card Holders

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60.00**

GIFT UP
66 Queens Road
Bristol, Avon, BS8181Q
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Service Provider

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$245.55**

Gorham Fire Appliance
288 Willard Street
Quincy, MA 02169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Service Provider

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00**

Gs1 Us Inc.
Dept 781271
PO Box 78000

Detroit, MI 48278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Service Provider

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,860.00**

Haley Matson and Artem Sokolov
161 Leyden Street, Unit 3A
Boston, MA 02128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Consumer Deposit

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00**

Jennifer Khoury
10 Ray Way
Bridgewater, MA 02333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Consumer Deposit

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,824.83**

Lash Goldberg (V)
2500 Weston Road
Suite 220
Fort Lauderdale, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Legal Fees

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,180.73**

Mancini Beverage
119 Hopkins Hill Road
West Greenwich, RI 02817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,907.23**

Martignetti Companies of New Hampshire
P.O. Box 1113
Manchester, NH 03105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,461.46**

Martignetti United Liquors
500 John Hancock Road
Taunton, MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,720.00**

McDermott, Quilty & Miller
28 State Street
Suite 802
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Legal Fees

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258.28**

MGP Ingredients, Inc.
Lockbox #310263
PO Box 850263

Minneapolis, MN 55485-0263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,516.84**

Midwest Custom Bottling
N27 W23921 Paul Road
Suite B
Pewaukee, WI 53072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,104.30**

Mighty Pac, Inc.
1881 Hicks Road
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,224.00**

Miller Wachman
100 Cambridge St. Suite 1302
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Service Provider

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,768.93**

MS Walker
975 University Avenue
Norwood, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,839.96**

National Grid
P.O. Box 1040
Northborough, MA 01532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/10/2025

**Basis for the claim:** Utility

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102.00**

New Hampshire Sec of State
Statehouse, Rm 204, 107 N. Main St.
Concord, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,142.00**

Northeast Bank
P.O. Box 1707
Lewiston, ME 04241-1707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/27/2015

**Basis for the claim:** Business Loan

**Last 4 digits of account number** 3836

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$328,633.29**

Northeast Bank
P.O. Box 1707
Lewiston, ME 04241-1707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/1/2015

**Basis for the claim:** Business Loan

**Last 4 digits of account number** 3834

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,678.00**

Northerly Consulting
225 Ravenscliff Rd.
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Consulting

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108,536.42**

Nutter McClennen & Fish
155 Seaport Boulevard
Seaport West
Dorchester, MA 02122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Legal Fees

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Paychex
126 Morrow Rd.
Auburn, ME 04210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service Provider

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,475.00**

Peter Delani
P.O. Box 153
Boxford, MA 01885

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Consumer Deposit

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,857.00**

Phoenix Packaging
2530 Lapierre
Montreal QC H8N 2W9 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109,511.60**

Port Norfolk Development LLC
20 Ericsson Street
Dorchester, MA 02122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$529,352.80**

Rhonda Kallman
28 Inner Harbor Rd
Scituate, MA 02066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Last 4 digits of account number** _

**Basis for the claim:** Business Loan and A/P

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$539.50**

Ross Express
PO Box 8908
Concord, NH 03303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.56**

**Nonpriority creditor's name and mailing address**
Save That Stuff
P.O. Box 849510
Boston, MA 02284-9510

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Provider

Is the claim subject to offset? ☒ No ☐ Yes

$1,723.92

---

**3.57**

**Nonpriority creditor's name and mailing address**
Scout Distribution
10119 Carroll Canyon Road
San Diego, CA 92131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$347.82

---

**3.58**

**Nonpriority creditor's name and mailing address**
SeamLev BDH
Sanchez-Medina, Gonzalez, Quesada, Lage,
Gomez & Machado
Attn: Atty. Augusto Lopez

Miami, FL 33131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Convertible Note

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.59**

**Nonpriority creditor's name and mailing address**
Sean McDevitt
130 Sycamore Road
Braintree, MA 02184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consumer Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,645.00

---

**3.60**

**Nonpriority creditor's name and mailing address**
SESAC
PO BOX 5246
New York, NY 10008-5246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service Provider

Is the claim subject to offset? ☒ No ☐ Yes

$740.00

---

**3.61**

**Nonpriority creditor's name and mailing address**
Talent Tree Agency, LLC
3701 Bristol
The Colony
The Colony, TX 75056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No ☐ Yes

$3,753.62

---

**3.62**

**Nonpriority creditor's name and mailing address**
Thomas E. Pritchard
30 Harris Rd.
Thornton, NH 03285

**Date(s) debt was incurred** 3/9/2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Personal loan

Is the claim subject to offset? ☒ No ☐ Yes

$171,000.00

---

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,543.07 |
|---|---|---|---|

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085-8308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 15,677.81 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,622,300.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,637,978.23 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     Boston Harbor Distillery, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Distillery and Front of House | |
| State the term remaining | 12/31/2027; extension through 12/31/32 | |
| List the contract number of any government contract | | Port Norfolk Development, LLC<br>20 Ericsson Street<br>Dorchester, MA 02122 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Brand License Agreement (Logan Airport - Boston Harbor Distillery branded restaurant and bar) and Bradley International Airport, Hartford, CT | |
| State the term remaining | | |
| List the contract number of any government contract | | SSP America, Inc.<br>20408 Bashan Drive, Suite 300<br>Ashburn, VA 20147 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name    Boston Harbor Distillery, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rhonda Kallman | 28 Inner Harbor Rd<br>Scituate, MA 02066 | Citizens Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Rhonda Kallman | 28 Inner Harbor Rd<br>Scituate, MA 02066 | Small Business Loan -<br>EIDL | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Rhonda Kallman | 28 Inner Harbor Rd<br>Scituate, MA 02066 | Northeast Bank | ☐ D _____<br>☒ E/F ___3.46___<br>☐ G _____ |
| 2.4 | Rhonda Kallman | 28 Inner Harbor Rd<br>Scituate, MA 02066 | Kapitus LLC | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Boston Harbor Distillery, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other | $229,021.83 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $1,293,533.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $1,483,045.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Boston Harbor Distillery, LLC | Case number (if known) | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Kapitus LLC<br>2500 Wilson Boulevard<br>Suite 350<br>Arlington, VA 22201 | | $30,632.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Northeast Bank<br>P.O. Box 1707<br>Lewiston, ME 04241-1707 | | $23,494.93 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | MGP Ingredients, Inc.<br>Lockbox #310263<br>PO Box 850263<br><br>Minneapolis, MN 55485-0263 | | $11,256.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | | $9,500.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Massachusetts Tax Connect<br>Massachusetts Department of Revenue,<br>P.O. Box 7003<br>Boston, MA 02204 | | $11,930.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.6. | Citizens Bank<br>One Citizens Plaza<br><br>Providence, RI 02903 | | $9,061.11 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | Boston Harbor Distillery, LLC | Case number *(if known)* | |
|---|---|---|---|

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Scout Distribution<br>10119 Caroll Canyon Road<br>San Diego, CA 92131 | setoff of "Billback charges"<br>Last 4 digits of account number: _____ | 2/10/2025 | $731.51 |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   SeamLev BHD, LLC v Boston Harbor Distillery, LLC<br>2024-002091-CA-01 | Civil | In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida<br>FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   Boston Harbor Distillery, LLC _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ascendant Law Group, LLC<br>2 Dundee Park Drive<br>Suite 102<br>Andover, MA 01810 | Attorney Fees (exclusive of funds held in retainer of $16,758) | Various dates | $28,889.50 |
| | **Email or website address**<br>jredlener@ascendantlawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

| Debtor | Boston Harbor Distillery, LLC | Case number *(if known)* |
|---|---|---|

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Paychex Pooled Employer 401k Plan | EIN: 535916 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| DHL Supply Chain<br>1403 Route 3A<br>Bow, NH 03304 | Rhonda Kallman<br>28 Inner Harbor Rd<br>Scituate, MA 02066 | Inventory - liquor for sale in New Hampshire | ☐ No<br>☒ Yes |
| Pine State Trading<br>4 Water Street<br>Hallowell, ME 04347 | Rhonda Kallman<br>28 Inner Harbor Rd<br>Scituate, MA 02066 | Inventory - liquor for sale in Maine | ☐ No<br>☒ Yes |
| Vermont State Liquor Warehouse<br>13 Green Mountain Drive<br>Montpelier, VT 05602 | Rhonda Kallman<br>28 Inner Harbor Rd<br>Scituate, MA 02066 | Inventory - liquor for sale in Vermont | ☐ No<br>☒ Yes |
| Midwest Custom Bottling Supply<br>N27W23921 Paul Rd., Suite B<br>Pewaukee, WI 53072 | Rhonda Kallman<br>28 Inner Harbor Rd<br>Scituate, MA 02066 | Inventory for bottling products | ☐ No<br>☒ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Boston Harbor Distillery, LLC                                    Case number *(if known)* _____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Artist | Artwork located at the distillery Boston, MA 02122 | Artwork created by artist and displayed in tasting room (insured by debtor) | Unknown |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Boston Harbor Distillery, LLC                                    Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Sue Phillips 82 Vernon Street Somerville, MA 02145 | 1/1/2022-present |
| 26a.2. | Stephen Saia 71 Old Cart Path Ln. Pembroke, MA 02359 | 4/17/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Miller Wachman LLP 100 Cambridge Street, Suite 1302 Boston, MA 02114 | 01/01/2023 through 12/31/2024 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Kapitus LLC 2500 Wilson Boulevard Suite 350 Arlington, VA 22201 |
| 26d.2. | Eric Levin SeamLev BHD LLC |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. | Stephen Saia | 12/31/2024 | $315,510.82 Average Cost |

| Name and address of the person who has possession of inventory records |
|---|
| Stephen Saia 71 Old Cart Path Ln. Pembroke, MA 02359 |

Debtor    Boston Harbor Distillery, LLC
Case number *(if known)* _____

| 27.2. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | Filipe Garcia | 3/25/2025 | 285646.18 Average Cost |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Filipe Garcia 15 Neponset St Norwood, MA 02062 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rhonda Kallman | 28 Inner Harbor Rd Scituate, MA 02066 | CEO managing Member | 36.28 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rhonda Kallman 28 Inner Harbor Rd Scituate, MA 02066 | 84,086.41 | 2024 | Salary |

| | Relationship to debtor |
|---|---|
| | CEO |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Boston Harbor Distillery, LLC _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____March 31, 2025_____

/s/   Rhonda Kallman _____        Rhonda Kallman _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Founder and CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re   Boston Harbor Distillery, LLC                                    Case No.
                                                    Debtor(s)        Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rhonda Kallman<br>28 Inner Harbor Rd<br>Scituate, MA 02066 | | | Membership |
| SeamLev BHD, LLC<br>5495 Hammock Drive<br>Miami, FL 33156 | | | membership |
| See Attached | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Founder and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 31, 2025                          Signature   /s/ Rhonda Kallman

                                                          Rhonda Kallman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Boston Harbor Distillery LLC as of  11/1/23**

| Unitholder | Address | Total All Units | % All Units | Capital Contribution |
|---|---|---|---|---|
| Kallman, Rhonda L | 28 Inner Harbor Rd, Scituate, MA 02066 | 132.00 | 35.69% | $ 150,000.00 |
| Kallman, Rhonda & Alfred Rossow (via Note Conversion) | | 1.68 | 0.46% | $ 38,818.00 |
| Kallman, Rhonda  (via Note Conversion) | | 6.37 | 1.72% | $ 146,872.03 |
| Kallman, Rhonda (via Cheers Note Conversion) | | 13.56 | 3.66% | $ 312,713.00 |
| Noonan, Philip  A | 27 Nathaniel Way, Marshfield, MA 02050 | 2.00 | 0.54% | $ 50,000.00 |
| Belanger, Ronald  T and Jennifer | 9 Priest Road, Sudbury, MA 01776 | 2.00 | 0.54% | $ 50,000.00 |
| Mark R. Dycio | 7800 Gold Flint Drive, Clifton, VA 20124 | 1.00 | 0.27% | $ 25,000.00 |
| Noe T. Landini | 115 King Street, Alexandria, VA 22314 | 2.00 | 0.54% | $ 50,000.00 |
| Dionel M. Aviles | 800 North Tamiami Trail, Unit 203, Sarasota, FL 3 | 1.00 | 0.27% | $ 25,000.00 |
| Kyle G. Manikas | 10140 Community Lane, Fairfax Station, VA 2203 | 1.00 | 0.27% | $ 25,000.00 |
| James M.  Moore | 1124 St Stephens Road, Alexandria, VA 22304 | 1.00 | 0.27% | $ 25,000.00 |
| Bryan B. Kirkes | 718 Catts Tavern Drive, Alexandria, VA 22314 | 1.00 | 0.27% | $ 25,000.00 |
| Nicholas J. Sfakianos | 180 S Southwood Ave, Annapolis, MD 21401 | 1.00 | 0.27% | $ 25,000.00 |
| Anthony S. Makris | 60 Bay Drive, Beaufort, SC 29907 | 1.00 | 0.27% | $ 25,000.00 |
| Helkey, Steve & Beverly | 2815 Chimborazo Way, The Villages, FL 32163 | 1.00 | 0.27% | $ 12,500.00 |
| Giesing, Richard and Deborah | 4917 Columbus Rd, Quincy, IL 62305 | 1.00 | 0.27% | $ 12,500.00 |
| Near, Timothy  M | 88 Lake Drive, New Milford, CT 06776 | 1.00 | 0.27% | $ 25,000.00 |
| aXseum Solutions c/o Michael  A. Perez | 1456 Harvest Crossing Drive, McLean Virginia 22 | 4.00 | 1.08% | $ 100,000.00 |
| Christopher  N. Patton Revocable Trust | 2 Hoffman Lane, Barrington, RI 02806 | 26.00 | 7.03% | $ 650,000.00 |
| Senior, Michael  W | 691 Driftwood Point Road, Santa Rosa Beach, FL | 4.00 | 1.08% | $ 100,000.00 |
| Senior, John  M | 215 E 73rd Street Apt. 10C, New York, NY 10021 | 1.00 | 0.27% | $ 25,000.00 |
| Dugan, Wiliam G | 4423 N Elston Street, Chicago, Il 60630 | 0.50 | 0.14% | $ 12,500.00 |
| Scholle, Tracy Monko | 4423 N Elston Street, Chicago, Il 60630 | 0.50 | 0.14% | $ 12,500.00 |
| Pritchard, Thomas  E | 30 Harris Road, Thornton, NH, 03285 | 5.00 | 1.35% | $ 125,000.00 |
| Mark Casady | 7 Exeter St, Boston, MA 02116 | 4.00 | 1.08% | $ 100,000.00 |
| Jacobs, Christopher E | 3549 Blue Sage Trail, Park City, Utah 84098 | 1.00 | 0.27% | $ 25,000.00 |
| EKS Ventures, LLC | 1550 South Ocean Boulevard, Manalapan, FL 334 | 12.50 | 3.38% | $ 450,000.00 |
| George M. Benz Revocable Trust U/D/T 9/2/2000 | 44 Mirimichi Street, Plainville, MA 02762 | 3.75 | 1.01% | $ 154,725.00 |
| | 1677 Willowside Road Santa Rosa, CA 95401 | | | |
| | (current), 1700 Woodlore Road, Annapolis, MD | | | |
| Waters, Gavin | 21401 (old) | 1.00 | 0.27% | $ 50,000.00 |
| Rogan, Tom | 80 Goodnow Road, Sudbury, MA 01776 | 1.00 | 0.27% | $ 50,000.00 |

| Name | Address | Units | % | Amount |
|------|---------|-------|---|--------|
| Rospos, Kelsey | 2429 NW Monterey Pines Dr., Bend, OR 97703 | 1.00 | 0.27% | $ 50,000.00 |
| Douglas, Rob | 2950 Edgewater Drive, Edgewater, MD 21037 | 1.00 | 0.27% | $ 50,000.00 |
| Eckert, Steve | 1514 Melview Road, Quincy, IL 62305 | 1.00 | 0.27% | $ 50,000.00 |
| Foth, Dean | 30 Elm Haven, Foristell, MO 63348 | 1.00 | 0.27% | $ 50,000.00 |
| Foth, Debra Kay | 30 Elm Haven, Foristell, MO 63348 | 1.00 | 0.27% | $ 50,000.00 |
| John Carwile (via SAFE Conversion) | 27483 West Farm to Market 1097 Road, Montgo | 3.79 | 1.03% | $ 100,000.00 |
| SeamLev BHD, LLC (via Note Conversion) | 5495 Hammock Drive, Coral Gables, FL 33156 | 121.23 | 32.78% | $ 3,194,999.54 |
| | EIN 61-1670597 for Seamlev Investments, LLLP | | | |

**Subtotal Voting**

**Incentive Equity**

| Name | Address | Units | % | |
|------|---------|-------|---|--|
| Miller, Kenneth E c/o David F. Stafford | 701 Kahn Place, Alexandria, VA 22314 | 2.00 | 0.54% | |
| Hopmayer, Jeff | 3710 Woodlawn Drive, Nashville, TN 37215 | 2.00 | 0.54% | |
| Giesing, Eric (Dunlap) | 225 Ravenscliff Road, Wayne, PA 19087 | 2.00 | 0.54% | |

| **Totals** | | **369.88** | **100.00%** | **$ 6,423,127.57** |

6316520.v1

BHD - Cap Table, Cap Table 2023 11-01-23

# United States Bankruptcy Court
## District of Massachusetts

In re    Boston Harbor Distillery, LLC                  Case No. _____

                              Debtor(s)          Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Founder and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 31, 2025 _____          /s/  Rhonda Kallman _____

                                           Rhonda Kallman/Founder and CEO
                                           Signer/Title

ACIC Cork and Closures
360 Devlin Rd.
Napa, CA 94558


Ackermann Maple Farm
159 McKinistry Road
Cabot, VT 05647


Action Pest Control
52 Lakecrest Path
East Weymouth, MA 02189


Alcoholic Beverages Control Commission -
95 Fourth Street, Suite 3
Chelsea, MA 02150-2358


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Amorim Cork
360 Devlin Road Napa
Napa, CA 94558


ASCAP
21678 Network Place
Chicago, IL 60673


Brescome Barton, Inc.
69 Defco Park Road
North Haven, CT 06473


Brindiamo Group LLC
3444 Woodmont Boulevard Nashville TN 372
Nashville, TN 37215


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


CC-Teknologies Inc.
19 Memorial Drive
Avon, MA 02322


Cheers Investment LLC
Registered Agent
The Corporation Trust Company Corporatio
Wilmington, DE 19801


Citizens Bank
One Citizens Plaza
Providence, RI 02903

City of Boston
Office of the Collector
Treasurer Property Taxes One City Hall S
Boston, MA 02201

Connecticut Consumer Protection
License Services Division
450 Columbus Blvd, Ste 801
Hartford, CT 06103-1840

Deanna Rosicke
1525 E. Palm Valley, Apt. 1124
Round Rock, TX 78664

DHL (Supply Chain)
4639 Collection Center Drive
CC5109
Chicago, IL 60693

EDE MEDIATION GROUP
2355 Salzedo Street Suite 204b
Miami, FL 33134

Emma Rambo
106 Sawyer Ave
Boston, MA 02125

Emma Rambo (Annie & Hayes Wedding)
106 Sawyer Ave
Bos, MA 02125

Empire North
Attn: Supplier AR-Finance Dept.16
Houghtaling Road
Coxsackie, NY 12051

Eversource
PO Box 56007
02205-6007

Evoqua Water Tech
28563 Network Place
Chicago, IL 60673-1285

Finlay Extracts & Ingredients USA, Inc.
P.O. Box 735564
Chicago, IL 60673-5564

Francis Sullivan (SHK Music)
55 Bellevue Rd
Quincy, MA 02171

Frank I. Rounds Company
65 York Avenue
Randolph, MA 02368

George Kaplan, PC
100 Summing Center, Suite 265
Beverly, MA 01915


Geri Aitken
7 Garrett Lane
Lake George, NY 12845


Gift Card Holders


GIFT UP
66 Queens Road
Bristol, Avon, BS8181Q  United Kingdom


Gorham Fire Appliance
288 Willard Street
Quincy, MA 02169


Gs1 Us Inc.
Dept 781271
PO Box 78000
Detroit, MI 48278


Haley Matson and Artem Sokolov
161 Leyden Street, Unit 3A
Boston, MA 02128


Jennifer Khoury
10 Ray Way
Bridgewater, MA 02333


Kapitus LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201


Lash Goldberg (V)
2500 Weston Road
Suite 220
Fort Lauderdale, FL 33331


Mancini Beverage
119 Hopkins Hill Road
West Greenwich, RI 02817


Martignetti Companies of New Hampshire
P.O. Box 1113
Manchester, NH 03105


Martignetti United Liquors
500 John Hancock Road
Taunton, MA 02780


Massachusetts Tax Connect
Massachusetts Department of Revenue, P.O
Boston, MA 02204

McDermott, Quilty & Miller
28 State Street
Suite 802
Boston, MA 02109


MGP Ingredients, Inc.
Lockbox #310263
PO Box 850263
Minneapolis, MN 55485-0263


Midwest Custom Bottling
N27 W23921 Paul Road
Suite B
Pewaukee, WI 53072


Mighty Pac, Inc.
1881 Hicks Road
Rolling Meadows, IL 60008


Miller Wachman
100 Cambridge St. Suite 1302
Boston, MA 02114


MS Walker
975 University Avenue
Norwood, MA 02062


National Grid
P.O. Box 1040
Northborough, MA 01532


New Hampshire Sec of State
Statehouse, Rm 204, 107 N. Main St.
Concord, NH 03301


Northeast Bank
P.O. Box 1707
Lewiston, ME 04241-1707


Northerly Consulting
225 Ravenscliff Rd.
Wayne, PA 19087


Nutter McClennen & Fish
155 Seaport Boulevard
Seaport West
Dorchester, MA 02122


Paychex
126 Morrow Rd.
Auburn, ME 04210


Peter Delani
P.O. Box 153
Boxford, MA 01885

Phoenix Packaging
2530 Lapierre
Montreal QC H8N 2W9 Canada


Port Norfolk Development LLC
20 Ericsson Street
Dorchester, MA 02122


Port Norfolk Development, LLC
20 Ericsson Street
Dorchester, MA 02122


Rhonda Kallman
28 Inner Harbor Rd
Scituate, MA 02066


Ross Express
PO Box 8908
Concord, NH 03303


Save That Stuff
P.O. Box 849510
Boston, MA 02284-9510


Scout Distribution
10119 Carroll Canyon Road
San Diego, CA 92131


SeamLev BDH
Attn: Atty. Augusto Lopez
Sanchez-Medina, Gonzalez, Quesada, Lage,
Miami, FL 33131


Sean McDevitt
130 Sycamore Road
Braintree, MA 02184


SESAC
PO BOX 5246
New York, NY 10008-5246


Small Business Loan - EIDL
P.O. Box 3918
Portland, OR 97208-3918


SSP America, Inc.
20408 Bashan Drive, Suite 300
Ashburn, VA 20147


Talent Tree Agency, LLC
3701 Bristol
The Colony
The Colony, TX 75056

```
Thomas E. Pritchard
30 Harris Rd.
Thornton, NH 03285


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085-8308
```

# United States Bankruptcy Court
## District of Massachusetts

In re   Boston Harbor Distillery, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Boston Harbor Distillery, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

SeamLev BHD, LLC
5495 Hammock Drive
Miami, FL 33156

☐ None [*Check if applicable*]

March 31, 2025

Date

/s/ Jesse Redlener

Jesse Redlener

Signature of Attorney or Litigant
Counsel for   Boston Harbor Distillery, LLC

Ascendant Law Group, LLC
2 Dundee Park Drive
Suite 102
Andover, MA 01810
 Fax:
jredlener@ascendantlawgroup.com