UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

---------------------------------------------------------------x
In re:                                                                         :    **Chapter 11**
                                                                                     :    **Subchapter V**
                                                                                     :
**BOSTON HARBOR DISTILLERY, LLC.**                   :    **Case No. 25-10650 (CJP)**
                                                                                     :
                                  **Debtor.**                               :
---------------------------------------------------------------x

**DEBTOR'S *EMERGENCY* MOTION TO CONVERT CASE
TO CHAPTER 11 FROM SUBCHAPTER V**

By this motion (the "Motion"), the above-captioned debtor and debtor-in-possession, on an emergency basis, seeks entry on an order authorizing the Debtor to convert this case to a case under the general provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") rather than those intended for the administration of a Subchapter V case under the Bankruptcy Code in accordance with the Small Business Reorganization Act (the "SBRA"). In support of the Motion, the Debtor respectfully represents as follows:

1. On March 31, 2025 (the "Petition Date"), the Debtor commenced a voluntary case, electing to proceed under Subchapter V of the Bankruptcy Code in this Court. The Debtor continues to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. In preparing its bankruptcy schedules in anticipation of filing for relief, the Debtor believed that its cumulative debt limit was under the $3,024,725 established for Subchapter V cases under the SBRA. However, certain last-minute changes to the Debtor's schedules to provide complete and accurate information to the Court and all parties in interest regarding the number and dollar amount of scheduled claims showed that the Debtor's total liabilities slightly exceeded the permissible debt limit to proceed as a Subchapter V debtor.

3. Accordingly, the Debtor respectfully requests that the Court allow the Debtor to proceed under the general provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") rather than those intended for the administration of a Subchapter V case. Given that the Debtor's case was just filed, the Debtor believes that the requested relief is reasonable, is without prejudice to the claims and interests of any creditors or parties in interest, and should impose no additional burden on the Court.

4. Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.

## NOTICE

5. No trustee, examiner, or creditors' committee has been appointed in this chapter 11 case. Notice of this Motion will be given to: (i) the Office of the United States Trustee for the District of Massachusetts; (ii) the holders of the twenty (20) largest unsecured claims against the Debtor (on a consolidated basis); and (iii) all parties who have requested notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. The Debtor will provide notice by electronic mail or facsimile transmission where possible. The Debtor respectfully submits that no further notice of this Motion is required.

## NO PRIOR REQUEST

6. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

**WHEREFORE**, the Debtor respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

Respectfully submitted,

BOSTON HARBOR DISTILLERY, LLC,
By its proposed counsel,

April 2, 2025

/s/ Jesse I. Redlener
Jesse I. Redlener (BBO #646851)
Lee A. Harrington (BBO #643932)
ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
Phone: (978) 409-2038
jr@ascendantlawgroup.com
lh@ascendantlawgroup.com

*Proposed Counsel to the Debtor*