

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **Boston Harbor Distillery, LLC**<br>**Debtor(s)** | Chapter 11<br>25-10650-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Video Hearing on #3 Emergency Motion filed by Debtor Boston Harbor Distillery, LLC For Order entering Interim and Final Orders (i) Authorizing the Debtor to (A) Pay Certain Employee Compensation and Benefits and (B) Maintain Such Employee Benefits Programs; and (ii) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations.

**Decision set forth more fully as follows:**

THE MOTION IS GRANTED IN PART AS FOLLOWS. THE DEBTOR IS AUTHORIZED TO PAY CERTAIN OBLIGATIONS INCURRED PREPETITION AS DESCRIBED IN THE MOTION AND CLARIFIED ON THE RECORD CONSISTING OF (A) PREPETITION EMPLOYEE WAGES, SALARY AND RELATED OBLIGATIONS, (B) REIMBURSABLE BUSINESS EXPENSES, (C) EMPLOYEE MEDICAL EXPENSES, (D) CERTAIN ADMINISTRATIVE PLAN PAYMENTS, (E) PAYROLL AND OTHER WITHHOLDING TAX OBLIGATIONS, AND (F) OTHER PREPETITION EMPLOYEE-RELATED OBLIGATIONS (COLLECTIVELY, THE "EMPLOYEE OBLIGATIONS"). EMPLOYEE OBLIGATIONS SHALL NOT INCLUDE PAYROLL ATTRIBUTABLE TO THE CEO OF THE DEBTOR, MS. KALLMAN.

THE DEBTOR IS ALSO AUTHORIZED TO MAINTAIN AND CONTINUE TO HONOR THE "EMPLOYEE BENEFIT PROGRAMS"DESCRIBED IN THE MOTION.THE DEBTOR'S BANKS ARE AUTHORIZED AND DIRECTED TO RECEIVE, PROCESS, HONOR AND

PAY ALL CHECKS PRESENTED FOR PAYMENT OR ELECTRONIC PAYMENT REQUESTS FROM THE DEBTOR'S PAYROLL ACCOUNTS AND THE DEBTOR MAY REISSUE ANY DISHONORED CHECKS RELATING TO THE EMPLOYEE OBLIGATIONS.

Dated: 04/04/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge